247 So.2d 861

**John W. COX**

v.

**CITY OF NEW ORLEANS.**

No. 51423.

May 18, 1971.

In re: John W. Cox applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans.

Application is denied; the judgment of the Court of Appeal is correct.

247 So.2d 861

**Robert BOUDREAUX et al.**

v.

**The AMERICAN INSURANCE COMPANY.**

No. 51395.

May 24, 1971.

In re: Robert Boudreaux et al., applying for certiorari, or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 245 So.2d 794.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.